UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JAMES RICHARD WEEMS, Petitioner | CIVIL DOCKET NO. 1:19-CV-1492-P |
| VERSUS | JUDGE DRELL |
| JASON KENT, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 7), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition (ECF No. 1) is hereby DENIED and DISMISSED WITH PREJUDICE as untimely. *See* 28 U.S.C. § 2244(d).

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 20th day of February, 2020.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE